

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00172-CV

———————————————

JAMIE ARIZOLA, Appellant

V.

CRISTINA GABRIELA RODRIGUEZ, Appellee

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC30-FM2024-2644

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on June 13, 2025. On June 16, 2025, we notified appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that the appeal may be dismissed for want of prosecution unless appellant or any party desiring to continue the appeal, filed with the court on or before June 26, 2025, a brief along with a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief, even after we afforded him an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: July 17, 2025